NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRYAN HEATER,                              )
a/k/a BRYAN GREGORY HEATER,                )
                                           )
            Appellant,                     )
                                           )
v.                                         )    Case No. 2D17-2490
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____)

Opinion filed February 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Pat Siracusa, Judge.

Bryan Heater, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.